GEORGE F. COTTON, ADMINISTRATOR, V. FIRST NATIONAL
BANK OF SUPERIOR.

FILED JUNE 3, 1897. No. 7264.

Lien of Judgment: EXPIRATION. This case involves the same questions
    determined in *Cotton v. First Nat. Bank of Superior*, 51 Neb., 751,
    just decided.

ERROR from the district court of Nuckolls county.
Tried below before HASTINGS, J. *Affirmed.*

*H. W. Short* and *S. W. Christy,* for plaintiff in error.

*Searle & Coleman, contra.*

NORVAL, J.

This is a companion case to *Cotton v. First National
Bank of Superior,* 51 Neb., 751, decided herewith. The
records in the two cases are substantially alike, and for
the reasons stated in the opinion filed in that case, the
judgment herein will be

AFFIRMED.